IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TYRONE HIGHTOWER, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | Case No. 1:24-CV-00216-DII |
| FEDEX GROUND PACKAGE | § | |
| SYSTEM, INC., | § | |
| *Defendant* | § | |

**O R D E R**

Defendant removed this case to federal court on March 1, 2024. Dkt. 1. Contrary to this Court's local rules, the parties have not yet submitted a joint proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Robert Pitman's form on or before **May 24, 2024**.

**SIGNED** on May 10, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE